1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   BRENT ADLER,                                    CASE NO. 1:10-cv-01269-SKO PC

10                          Plaintiff,              ORDER STRIKING NOTICE OF WAIVER
                                                    AND REQUIRING DEFENDANTS TO
11          v.                                      COMPLY WITH COURT ORDER WITHIN
                                                    FIFTEEN DAYS
12   WARDEN W. J. SULLIVAN, et al.,
                                                    (Docs. 13 and 14)
13                          Defendants.
                                              /
14

15          Plaintiff Brent Adler, a state prisoner proceeding pro se and in forma pauperis, filed this civil

16   rights action pursuant to 42 U.S.C. § 1983 on July 15, 2010.  On November 16, 2012, Defendants

17   Large and Noyce filed a notice of waiver of reply.  42 U.S.C. § 1997e(g).

18          Pursuant to the order filed July 24, 2012, Defendants are required to reply to the complaint.

19   (Doc. 13, ¶6.)  Accordingly, Defendants' waiver is HEREBY ORDERED STRICKEN from the

20   record and they have **fifteen (15) days** to comply with the Court's order.

21

22   IT IS SO ORDERED.

23   **Dated:    November 19, 2012**              _____/s/ Sheila K. Oberto_____
                                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

1