# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN W. J. SULLIVAN, et al.,<br><br>　　　　　　Defendants.<br>_____/ | Case No.  1:10-cv-01269-AWI-SKO (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANT SULLIVAN<br><br>(Docs. 39 and 43) |

　　　　Plaintiff Brent Adler, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 15, 2010.  This action for damages is proceeding on Plaintiff's amended complaint, filed on August 1, 2011, against Defendants Sullivan, Gonzalez, Carrasco, Bryant, Large, Steadman, and Noyce for denial of adequate outdoor exercise, in violation of the Eighth Amendment of the United States Constitution.

　　　　On March 28, 2014, Defendant Sullivan filed an answer to Plaintiff's amended complaint. Accordingly, application of the discovery and scheduling order filed on December 9, 2013, is HEREBY ORDERED EXTENDED to Defendant Sullivan.

IT IS SO ORDERED.

　　Dated:   **March 28, 2014**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE