# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER,<br><br>Plaintiff,<br><br>v.<br><br>W. J. SULLIVAN, et al.,<br><br>Defendants. | Case No.  1:10-cv-001269-AWI-SKO PC<br><br>ORDER FOLLOWING SETTLEMENT, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS |

The Court conducted a settlement conference in this action on June 13, 2014, during which the parties reached a settlement agreement. If necessary, a telephonic status conference re status of the settlement funds is set for August 5, 2014 at 10:00 a.m. before the undersigned.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;
2. The parties shall file dispositional documents when settlement paperwork is completed; and
3. The Court shall retain jurisdiction to enforce the settlement agreement reached by the parties.

IT IS SO ORDERED.

Dated:   **June 16, 2014**

UNITED STATES MAGISTRATE JUDGE

1