# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>W. J. SULLIVAN, et al.,<br><br>　　　　　Defendants. | Case No. 1:10-cv-001269-AWI-SKO PC<br><br>AMENDED ORDER FOLLOWING SETTLEMENT, AND VACATING DATES |

　　　　The Court conducted a settlement conference in this action on June 13, 2014, during which the parties reached a settlement agreement. An order issued following settlement and on July 16, 2014, Defendants filed a notice of discrepancy. The caption of the order inadvertently mentioned a thirty day deadline to file dispositive documents. As stated in the order itself, the parties shall file dispositional documents when settlement paperwork is completed.

　　　　Based on the foregoing, IT IS HEREBY ORDERED that:

1. The parties shall file dispositional documents when settlement paperwork is completed;

2. Due to the Court's unavailability, the telephonic status conference re settlement funds set for August 5, 2014, at 10:00 a.m. is continued to September 16, 2014 at 3:00 p.m. before the undersigned; and

///

3. The Court shall retain jurisdiction to enforce the settlement agreement reached by the parties.

IT IS SO ORDERED.

Dated:  **July 17, 2014**

_____
UNITED STATES MAGISTRATE JUDGE