# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER, | Case No. 1:10-cv-01269-AWI-SKO (PC) |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO PARTIES' STIPULATION OF VOLUNTARY DISMISSAL |
| v. | |
| WARDEN W. J. SULLIVAN, et al., | (Doc. 55) |
| Defendants. | |

Plaintiff Brent Adler, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 15, 2010. This action for damages is proceeding on Plaintiff's amended complaint, filed on August 1, 2011, against Defendants Sullivan, Gonzalez, Carrasco, Bryant, Large, Steadman, and Noyce for denial of adequate outdoor exercise, in violation of the Eighth Amendment of the United States Constitution.

On June 13, 2014, the parties participated in a settlement conference before United States Magistrate Judge Stanley A. Boone and reached a settlement agreement. On September 8, 2014, the parties filed a signed stipulation of voluntary dismissal of this action, with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

According, this action is HEREBY ORDERED dismissed, with prejudice, pursuant to the parties' stipulation of dismissal. Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED.

Dated:  September 9, 2014                                                  
                                                                SENIOR DISTRICT JUDGE